ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
California State Bar No. 101233
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-2474
    Facsimile: (213) 894-2380
    email: gary.plessman@usdoj.gov

Attorneys for the
United States of America

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| [Seal],<br>    Plaintiff,<br>v.<br>[Seal],<br>    Defendants. | NO. CV10-9363-MMM-PJWx<br><br>[PROPOSED] ORDER LIFTING THE STATUTORY SEAL<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[Filed Concurrently Under Seal: United States' Consent to Filing of First Amended Complaint Omitting Qui Tam Claims] |

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
California State Bar No. 101233
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California  90012
    Telephone: (213) 894-2474
    Facsimile: (213) 894-2380
    email: gary.plessman@usdoj.gov

Attorneys for the
United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* JOE WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-100,<br><br>    Defendants. | NO. CV10-9363-MMM-PJWx<br><br>[PROPOSED] ORDER LIFTING THE STATUTORY SEAL<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2)]**<br><br>[Filed Concurrently Under Seal: United States' Consent to Filing of First Amended Complaint Omitting Qui Tam Claims] |

    Plaintiff having filed a First Amended Complaint ("FAC") that omits all qui tam claims under the federal False Claims Act, 31 U.S.C. § 3729 et seq. , and the California False Claims Act, Cal. Govt. Code § 12650 et seq., and good cause

1  appearing, IT IS HEREBY ORDERED that the seal on this action is lifted. Papers
2  filed or lodged in this action after the date of this order shall not be sealed absent
3  further order of the Court.

5  DATED: April 21, 2011

*Margaret M. Morrow*
UNITED STATES DISTRICT JUDGE