# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOE WALLACE, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 10-09363-MMM(PJWx) |
| v. | |
| CITY OF LOS ANGELES, ET AL., | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| Date Filed | Doc. No. | Title of Document |
| --- | --- | --- |
| 01/18/2012 | 38 | Notice of Motion and Motion to Dismiss |
| 01/18/2012 | 39 | Request for Judicial Notice |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☑ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other February 20, 2012 hearing date was closed on October 5, 2011. Available date for motions can be obtained on the court's website www.cacd.uscourts.gov. Go to Court Calendars, Motion Calendar then Hon. Margaret M. Morrow for closed dates.

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.**

Dated: January 20, 2012         By: *Margaret M. Morrow*
                                    United States District Judge

*cc: Assigned District and/or Magistrate Judge*

G-106 (12/10)           **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT**