JOHN F. KRATTLI, Acting County Counsel
JOSEPH A. LANGTON, Senior Deputy County Counsel
(SBN 188761) • jlangton@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812 · Fax: (213) 626-2105

Attorneys for Defendants County of Los Angeles [Erroneously sued as the Los Angeles County Sheriff's Department]

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WALLACE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a California Municipality, LOS ANGELES POLICE DEPARTMENT, a governmental entity of unknown type, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a governmental entity of unknown type and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 10-9363 MMM (PJWx)<br><br>**DECLARATION OF JOSEPH A. LANGTON SUPPORTING DEFENDANT COUNTY OF LOS ANGELES' RULE 26(F) REPORT [F.R.C.P RULE 26]**<br><br>DATE:     02/13/2012<br>TIME:     9:00 a.m.<br>COURT:  780 |

1. I am an attorney at law, duly licensed to practice law in all of the Courts of the State of California. I am employed by the County of Los Angeles as a Principal Deputy County Counsel in the Office of the County Counsel, and am counsel for Defendants County Of Los Angeles (Erroneously Sued As The Los Angeles County Sheriff's Department)

2. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify thereto.

3. I last had contact with Mr. Wallace via two telephone conversations and e-mail correspondence on January 18, 2012.

4. During those two telephone conversations, Plaintiff, Mr. Wallace indicated that he may be inclined to dismiss the County of Los Angeles from this matter, but that he wished to speak with independent counsel before making that decision.

5. I contacted Mr. Wallace by telephone and left messages on January 19 and 20, 2012 to determine his intention regarding the County of Los Angles as a Defendant in this matter.

6. Since January 20, 2012, Mr. Wallace has not contacted me by telephone or e-mail.

7. I sent a e-mail to Mr. Wallace on February 8, 2012 in efforts to determine the status of the County of Los Angles as a defendant and discuss the subject Rule 26 report.

8. A person named Firouzeh Wallace replied to my February 8, 2012 e-mail and said that he was helping Plaintiff Wallace.

9. I returned Firouzeh's e-mail and requested that Plaintiff Wallace contact me directly to discuss the case.

10. Plaintiff Wallace did not respond to my e-mail request.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Executed this 8th day of January, 2012 in Los Angeles, California.

_____/S/_____
JOSEPH A. LANGTON
CV 10-9363 MMM (PJWx)

HOA.860304.1
DECLARATION OF JOSEPH A. LANGTON SUPPORTING DEFENDANT COUNTY OF LOS ANGELES' RULE 26(F) REPORT

-2-

<b><u>PROOF OF SERVICE</u></b><br>
Case No. CV 10-9363-MMM (PJWx)

STATE OF CALIFORNIA, County of Los Angeles:

Luz Aracely Loza states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on February 8, 2012 I served the attached

**DECLARATION OF JOSEPH A. LANGTON SUPPORTING DEFENDANT COUNTY OF LOS ANGELES' RULE 26(F) REPORT [F.R.C.P. RULE 26]**

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached service list:

Joe Wallace, In Pro Se
18765 Ventura Blvd., Suite 670
Tarzana, CA  91364

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on February 8, 2012, at Los Angeles, California.

| Luz Aracely Loza | _(signature)_ |
|---|---|
| **(NAME OF DECLARANT)** | **(SIGNATURE OF DECLARANT)** |

HOA.854717.1