JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 10-09363-MMM(PJWx) | Date February 24, 2012 |

Title   Joe Wallace vs City of Los Angeles, et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Court Order Dismissing Action

    On February 13, 2012, the court issued an Order to Show Cause why this action should not be dismissed for failure to appear and failure to comply with this court's orders.  A written response was due within 10 days.

    No response having been filed, the action is hereby dismissed.