Joe Wallace, In Pro Se
18765 Ventura Boulevard, Suite 670
Tarzana, California 91364
(310) 597-2910
joe@sciencewater.com

Plaintiff Pro Se

FILED
2012 FEB 27 AM 11:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WALLACE,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a California Municipality; LOS ANGELES POLICE DEPARTMENT, a governmental entity of Unknown type; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DOES 1 through 25, inclusive,<br><br>      Defendants. | CASE NO. CV-10-9363-MMM-PJWx<br><br>Complaint Filed: December 7, 2010<br><br>[Assigned to the Honorable Margaret Morrow, Courtroom 780]<br><br>Reconsideration<br>DECLARATION OF PLAINTIFF JOE WALLACE REGARDING NON-ATTENDANCE AT THE FEBRUARY 13, 2012 SCHEDULING CONFERENCE<br><br>Trial Date: October 25, 2012 |

## DECLARATION OF JOE WALLACE

I, Joe Wallace, declare as follows:

1.    I am the Plaintiff pro se in the above-captioned case. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness, I could competently testify to them.

2.    On December 2, 2010, the court granted my former attorney's motion to withdraw. After that, I began to represent myself in this matter with the assistance of a paralegal friend. I have been looking for an attorney to become my attorney of record, but have not found one yet.

3.    On or about February 1, 2012, I spoke on the phone with Aracely, secretary to

1 | Elizabeth Fitzgerald counsel for Defendant. I told her that I was in the process of retaining a new
2 | attorney. I indicated that I want to continue the status conference if possible to a later date so I can
3 | retain counsel and she said that she was in trial and someone would call me back. My assistant
4 | had left several messages after that initial conversation and no one called back from opposing
5 | counsel's office. However, from our conversation, I thought that the February 13 scheduling
6 | conference would be continued to allow me more time to retain an attorney. I did not understand
7 | that a court order was necessary to continue the scheduling conference. I also sent several emails
8 | to Joseph Langton asking that he call me back regarding the status conference. I also had my
9 | assistant sent an email regarding the same. A copy of the emails are also attached as Exhibit A.

10     4.     On February 8, 2012, I faxed a letter to Elizabeth Fitzgerald, counsel for the City of
11 | Los Angeles and Los Angeles Police Department. I asked counsel for the City of Los Angeles and
12 | Los Angeles Police Department whether they needed to discuss anything to prepare a joint status
13 | report and whether they would stipulate to my filing a fourth amended complaint to correct the
14 | deficiencies in the third amended complaint. A true and correct copy of this fax is attached as
15 | **Exhibit B**.

16     5.     On the morning of the February 13 status conference, I and my assistant called
17 | counsel for Defendants to confirm that the scheduling conference was off calendar. We left
18 | messages for Mr. Langton, counsel for County of Los Angeles, to confirm that the scheduling
19 | conference was continued. The secretary for Mr. Langton indicated that he was in court on this
20 | case and we asked that she call him to see if the case had been continued. We also called the
21 | Court several times, but were not able to speak with anyone until about 11:30 am. At that time, we
22 | were informed that a minute order had been issued and that we would need to respond to an Order
23 | to Show Cause.

24     6.     I apologize to the Court, to the opposing parties, and to their respective counsel for
25 | the delay, inconvenience, and trouble that I have caused by misunderstanding the rules of court
26 | and by failing to attend the February 13 scheduling conference. I promise to increase my efforts to
27 | respect the Court's rules, calendar and time in this case and to not miss another scheduled
28 | conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2012, at Tarzana, California.

_____
Joe Wallace

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joe Wallace

PLAINTIFF(S),

v.

City of Los Angeles et al.;

DEFENDANT(S).

CASE NUMBER

CV-10-9363-MMM-PJWX

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On Feb 27, 20 12, I served a true copy of My Reconsideration by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 18653 Ventura Blvd Suite 640 Tarzana Ca 91356
Executed on Feb 27, 20 12 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Joe Wallace_
Signature of Person Making Service

### ACKNOWLEDGEMENT OF SERVICE

I, Joe Wallace, received a true copy of the within document on _____.

_Joe Wallace_
Signature

Party Served

CV-40 (01/00)      PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

**RE: Wallace v. city of los angels**

FROM: Langton, Joseph
TO: 'Firouzeh Wallace'

Wednesday, February 8, 2012 2:57 PM

This message contains blocked images.

Mr. Wallace:

Thank you for your e-mail. As you know, Mr. Wallace is representing himself and acting as his own attorney. I have already spoken with him about this case. I would like to speak with him directly about the issues. Would you please so advise him.

Should you have any questions, please advise.

**JOSEPH A. LANGTON**
PRINCIPAL DEPUTY COUNTY COUNSEL

LOS ANGELES COUNTY COUNSEL
LAW ENFORCEMENT DIVISION
500 West Temple Street, Suite 605
Los Angeles, California 90012-2713
- Tel: (213) 974-0812
- Fax: (213) 626-2105
- jlangton@counsel.lacounty.gov

**MS. ARACELY LOZA**
LEGAL ASSISTANT

- Tel: (213) 974-6682
- Fax: (213) 626-2105
- lloza@counsel.lacounty.gov

Please consider the environment before printing this e-mail.

**ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

this transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication is received in error, please notify the undersigned by telephone, and return the original message to the e-mail address below.

**From:** Firouzeh Wallace [mailto:firouzehmusic@yahoo.com]
**Sent:** Wednesday, February 08, 2012 2:55 PM
**To:** Langton, Joseph
**Cc:** Joe Wallace
**Subject:** wallace v. city of los angeles

Hi. My name if Ferrah Wallace and I am helping Joe in this matter. Please call me at (818)447-3400 so we can discuss these matters.

```
I look forward to your call.
```

(...continued)

2 Attached files | 5KB

image001.pn    image002.jp

View Slideshow    Download All

Reply to Langton, Joseph

Exhibit "A"

2/8/12

**FROM THE DESK OF JOSEPH WALLACE**
18653 Ventura Blvd., Suite 670
Tarzana, CA 91356
Joe@sciencewater.com
310-597-2910

Sent Via Facsimile
(213)978-8785

Elizabeth Fitzgerald, Esq.
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012

Re:   Joe Wallace v. City of Los Angeles
      Case No: CV10-9363-MMM

Dear Sirs/Madam:

As you are aware, on December 2, 2010, the Honorable Margaret M. Morrow signed an order granting my attorneys motion to withdraw and I am currently in Pro Se in this matter until I retain counsel.

In the meantime, we called your office today and were told that you are in trial and we left a message regarding the following matters:

1) We have a status conference on calendar on February 13, 2012 and I was inquiring if a joint status report was required and if so, do we need to discuss any matters prior to filing any reports.
2) In addition to the motion to withdraw that was granted, Judge granted a leave to file a third amended complaint. A third amended complaint was filed but never served. The third amended complaint did not address the deficiencies in the judge order so a fourth amended complaint is required to be filed and we were requesting a stipulation for leave to amend or a letter or document indicating that you will not be opposing the motion and we can request the court for leave to amend the complaint and we will serve that document as the operative complaint.

Your secretary indicated that she could not give me any information regarding these matters and that you would be contacting us. Please Joe Wallace at (310)597-2910 or Ferrah Wallace at (818)447-3400. Your cooperation is greatly appreciated.

Very truly yours,

Joe Wallace
Plaintiff, In Pro Se

Exhibit "B"

Dear Judge Marrow

I would like to sincerely like to apologize to the court for not have all of my ducks in a row. Because I went in Pro Su I was alittle dishoveld. I've recently spoke with and will be rataining a lawyer so that these things don't happen again. Your Honor I've spent over 30,000 dollars on private investigators and really need for you to hear my case. This case will be proven with facts and I promise your Time is not being wasted. Please expect my apology it comes from the heart!

*[signature]*

P.S Sorry for the bad handwriting I'm very nervous.