JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WALLACE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a California Municipality; LOS ANGELES POLICE DEPARTMENT, a governmental entity of Unknown type; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 10-09363 MMM (PJWx)<br><br>JUDGMENT FOR DEFENDANTS |

On September 30, 2013, the court entered an order granting defendants' motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: September 30, 2013

　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE